IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY KLINE and CHERRIE KLINE, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-513 |
| | ) | |
| ZIMMER HOLDINGS, INC., et al., | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 6th day of July, 2015,

IT IS ORDERED that the amended motion for summary judgment filed on behalf of the defendants (ECF No. 70) is granted; and

IT IS FURTHER ORDERED that the amended motion in limine to exclude specific opinions of plaintiffs' expert witnesses filed on behalf of the defendants (ECF No. 74) is denied as moot; and

IT IS FURTHER ORDERED that the motion to strike the affidavits of Mari Truman and Nicholas Sotereanos, M.D., filed on behalf of the defendants (ECF No. 84) is denied; and

IT IS FINALLY ORDERED that the Report and Recommendation filed by Magistrate Judge Mitchell (ECF No. 88) is adopted as the opinion of the court, as supplemented by the accompanying memorandum opinion.

Judgment is hereby entered in favor of defendants Zimmer Holdings, Inc., Zimmer, Inc., and Zimmer US, Inc., and against plaintiffs Gregory Kline and Cherrie Kline.

The clerk of court shall mark this case closed.

/s/ *Joy Flowers Conti*
Joy Flowers Conti
Chief United States District Judge